CLERK'S OFFICE U.S. DIST. COURT
AT ABINGDON, VA
FILED

MAY 2 7 2016

JULIA C. DUDLEY, CLERK
BY: _____
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### ABINGDON DIVISION

IN THE MATTER OF THE SEARCH OF
INFORMATION ASSOCIATED WITH
"staceypomrenke@gmail.com" THAT IS         No. 1:16 mj 73 (Sealed)
STORED AT PREMISES CONTROLLED
BY GOOGLE

## MOTION TO QUASH SEARCH AND SEIZURE WARRANT

Stacey Pomrenke, by counsel, moves the Court to quash a seizure and search warrant

issued by the United States and directed to INFORMATION ASSOCIATED WITH

"STACEYPOMRENKE@GMAIL.COM" LOCATED AT GOOGLE, INC., 1600

Amphitheatre Parkway, Mountain View, CA  (Subject: [8-2308000011813] on the

grounds that such email account contains privileged and confidential information between

the defendant Pomrenke and legal counsel regarding *inter alia* privileged information

between the defendant and her attorneys protected by the attorney-client privilege, such

emails including information both to the attorneys and from the attorneys regarding trial

strategy, information, legal questions, and other privileged matters.  In addition thereto

such account contains personal financial information, church correspondence,

correspondence involving her husband and other matters which are not relevant nor

material to the issues pending before this Court.  Notice of the filing of this motion to

quash has been given to **Google, Inc., 1600 Amphitheatre Parkway, Mountain View,**

**CA (via email to usernotice@google.com, Subject: [8-230800011813]** .

STACEY POMRENKE

By counsel

Scyphers
& Austin, P.C.
ATTORNEYS AT LAW
189 VALLEY STREET
ABINGDON, VA 24210

(276) 628-7167

R. Wayne Austin, VSB No. 19809
SCYPHERS & AUSTIN, P. C.
Attorneys at Law
189 Valley Street, NE
Abingdon,   VA 24210
276 628 7167
276 628 8736 (fax)


By_____
   R. Wayne Austin
   Counsel for Stacey Pomrenke


## CERTIFICATE OF SERVICE

I hereby certify that on this the 27th  day of May, 2016, I caused the foregoing to be hand delivered to Zachary T. Lee, Esq.,U. S. Attorney's Office, Abingdon, Virginia.

_____
R. Wayne Austin

Scyphers
& Austin, P.C.
ATTORNEYS AT LAW
189 VALLEY STREET
ABINGDON, VA 24210
―――
(276)  628-7167